1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JENNY C. ELLICKSON (DCBN 489905)
   Trial Attorney
5
       United States Department of Justice
6      Criminal Division, Appellate Section
       950 Pennsylvania Avenue NW, Suite 1264
7      Washington, DC 20530
       Telephone: (202) 305-1674
8      FAX: (202) 305-2121
       jenny.ellickson@usdoj.gov
9
   Attorneys for United States of America
10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                           SAN FRANCISCO DIVISION

14   UNITED STATES OF AMERICA        )   CR No. 14-380 CRB
                                     )
15          Plaintiff,                )
                                     )
16      v.                           )
                                     )
17   FEDEX CORPORATION,              )   NOTICE OF APPEARANCE
     FEDERAL EXPRESS CORPORATION,    )
18     (A/K/A FEDEX EXPRESS)         )
     FEDEX CORPORATE SERVICES, INC., )
19                                   )
            Defendants.               )
20                                   )

21

22

23

24

25

26

27

28
   ELLICKSON NOTICE OF APPEARANCE
   CR No. 14-380 CRB

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Trial Attorney Jenny C. Ellickson as additional counsel of record representing the United States of America. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be <u>additionally</u> directed to Trial Attorney Jenny C. Ellickson at the above mailing address, telephone number, facsimile number, and e-mail address.

DATED: April 22, 2015

Respectfully Submitted:

MELINDA HAAG
United States Attorney

/s
_____
JENNY C. ELLICKSON
Trial Attorney

ELLICKSON NOTICE OF APPEARANCE
CR No. 14-380 CRB