BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    john.hemann@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 14-380 CRB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE FOR THE UNITED STATES |
| FEDEX CORPORATION ET AL., | ) | |
| Defendant. | ) | |

    The United States Attorney's Office, through John H. Hemann, Assistant United States Attorney, hereby appears in this matter for the United States. Please add him to the list of counsel appearing for the plaintiff.

DATED: April 19, 2016            Respectfully submitted,

                                                       BRIAN J. STRETCH
                                                       United States Attorney

                                                       /s/
                                                       JOHN H. HEMANN
                                                       Assistant United States Attorney

NOTICE OF APPEARANCE
CR 014-380 CRB