1  DAVID R. CALLAWAY (CABN 121782)
   Attorney for the United States
2  Acting Under Authority Conferred by 28 U.S.C. § 515

3  KIRSTIN M. AULT (CABN 206052)
4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorneys
5
   JENNY C. ELLICKSON (DCBN 489905)
6  Trial Attorney

7       450 Golden Gate Avenue, Box 36055
8       San Francisco, California 94102-3495
        Telephone: (415) 436-6940
9       FAX: (415) 436-7234
        Kirstin.ault@usdoj.gov
10      Kyle.waldinger@usdoj.gov
        Wilson.leung@usdoj.gov
11
12  Attorneys for United States of America

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16

17  UNITED STATES OF AMERICA          )    CR No. 14-380 CRB
                                      )
18          Plaintiff,                )
                                      )
19      v.                            )    **UNITED STATES' REVISED WITNESS LIST**
                                      )
20                                    )
    FEDEX CORPORATION,                )    Trial Date:   June 6, 2016
21  FEDERAL EXPRESS CORPORATION,      )    Time:         8:30 a.m.
        (A/K/A FEDEX EXPRESS), and    )    Court:        Courtroom No. 8
22  FEDEX CORPORATE SERVICES, INC.,   )                  Hon. Charles R. Breyer
                                      )
23                                    )
            Defendants.               )
24  _____ )

25

26

27

28

The United States hereby submits this revised witness list identifying the witnesses that are anticipated to testify in the United States' case-in-chief at trial. Additions or changes have been highlighted in bold. The United States reserves the right to further modify this list.

Law Enforcement

1.     John Barna – Detective, Pinellas County Sheriff's Office, will testify regarding his investigation into the death of Elizabeth D. and her ordering of drugs from Internet pharmacies that were delivered by FedEx.

2.     Janice Barnes – Diversion Investigator, Drug Enforcement Administration (DEA), will testify regarding her participation in the investigation of Vincent Chhabra, including the making of undercover purchases of controlled substances and prescription drugs.

3.     Rebecca Barrett  – Detective, Pinellas County Sheriff's Office, will testify regarding her investigation into the death of Elizabeth D. and her ordering of drugs from Internet pharmacies that were delivered by FedEx.

4.     Sean Baudier – Diversion Investigator, DEA, will testify regarding his participation in the investigation of Medical Foundations and related entities.

5.     Carolyn Becker – Senior Regulatory Counsel, Food and Drug Administration (FDA), will testify regarding meetings and conversations with FedEx and others concerning illegal Internet pharmacies.

6.     Sarah Boblenz – Diversion Investigator, DEA, will testify regarding her investigation of Pharmacom, Union Family Pharmacy, and related entities, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Superior Drugs organization.

7.     Tasha Brachle, Diversion Investigator, DEA, will testify regarding her participation in the investigation of SafeScriptsOnline, Superior Drugs, and related entities, including the making of undercover purchases of controlled substances and prescription drugs.

8.     Randy Brandt – Special Agent, DEA, will testify regarding his participation in the

investigation of Vincent Chhabra, including the making of undercover purchases of controlled substances and prescription drugs.

9.    Krystal Brashears – North Carolina Board of Pharmacy, will testify regarding her participation in the investigation of Kwic Fill and United Care Pharmacy, including inspections of the pharmacies and service of immediate suspensions of the pharmacies' licenses.

10.    Raymond Brashier – Captain, Baton Rouge Police Department, will testify regarding his interdiction of Internet pharmacy packages at the FedEx station in Baton Rouge, Louisiana, his investigations and actions concerning the interdicted packages, and his interactions with FedEx employees.

11.    Brandon Bridgers – Special Agent, DEA, will testify regarding his participation in the investigation of the defendants and the unindicted co-conspirators.

12.    Kimberly Brill – Diversion Investigator, DEA, will testify regarding her investigation of Rx Limited, including the execution of search warrants.

13.    Sandra Burns – North Carolina Board of Pharmacy, will testify regarding her participation in the investigation of Prescription Resources, including conducting inspections and actions taken by the pharmacy board.

14.    James Byrom – Program Analyst, Pharmaceutical Investigations Section, DEA, will testify regarding meetings and conversations with FedEx employees and others concerning illegal Internet pharmacies.

15.    Brian Chambers – Special Agent, DEA, will testify regarding his participation in various Internet pharmacy investigations and his interactions with FedEx employees.

16.    Joanne Chiavaro – Group Supervisor, DEA, will testify regarding her participation in the investigation of Vincent Chhabra, including the making of undercover purchases of controlled substances and prescription drugs.

17.    Jason Chin – Special Agent, DEA, will testify regarding his participation in the investigation of the defendants and the unindicted co-conspirators.

18.    Alan Clesi – Diversion Investigator, DEA, will testify regarding his investigation of

RxMax, and related entities, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Superior Drugs organization.

19.     Joseph Cox – Special Agent, DEA, will testify regarding his investigation of Woodbury Pharmacy including the execution of search warrants.

20.     James Dahl – former Assistant Director of Investigations, FDA, will testify regarding meetings and conversations with FedEx employees and others concerning illegal Internet pharmacies and his testimony before Congress concerning Internet pharmacies.

21.     Sean Donohue – Special Agent, DEA, will testify regarding his investigation of Frontier Pharmacy, Discount Pharmacy of Pines, and related entities, including the execution of search warrants, the service of Immediate Suspension Orders and Orders to Show Cause.

22.     Scott Doubet – Group Supervisor, DEA, will testify regarding his investigation of Superior Drugs, and related entities, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Superior Drugs organization.

23.     Bryan DuCommun – Task Force Officer, DEA, will testify regarding his investigations of IntegraRx, RxMax, Prescription Resources, Superior Drugs, and related entities, including making undercover purchases of controlled substances and prescription drugs.

24.     Lynda Eleazer – Diversion Investigator, DEA, will testify regarding her investigation of Budget Drugs, and related entities, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Chhabra-Smoley and Superior Drugs organizations.

25.     Todd Enger – Special Agent, DEA, will testify regarding his participation in the investigation of the defendants and the unindicted co-conspirators.

26.     John Gadea – Investigator, Connecticut Department of Consumer Protection, will testify regarding his participation in the investigation of Vincent Chhabra, including the making of undercover purchases of controlled substances and prescription drugs.

27.     David Gallo – Group Supervisor, DEA, will testify regarding his participation in the investigation of Vincent Chhabra, including the making of undercover purchases of controlled substances and prescription drugs.

28.     Gerard Gobin – Special Agent, DEA, will testify regarding his investigation of Superior Drugs, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Superior Drugs organization.

29.     Jerry Goldsmith – Diversion Investigator, DEA, will testify regarding his investigation of Genrich Pharmacy, including the execution of search warrants, the service of Immediate Suspension Orders and Orders to Show Cause.

30.     James Graumlich – Diversion Investigator, DEA, will testify regarding his investigation of Jen-Mar Pharmacy, and Jive Network including the execution of search warrants.

31.     Charles Gunther – former Special Agent, Federal Bureau of Investigation (FBI), will testify regarding meetings and conversations with FedEx employees and others concerning illegal Internet pharmacies.

32.     Tom Hawn – Task Force Officer, DEA, will testify regarding his investigation of Superior Drugs, and related entities, including making undercover purchases of controlled substances and prescription drugs.

33.     John Hennessy – Diversion Investigator, DEA, will testify regarding his investigation of Taftville Pharmacy, including the execution of search warrants, service of an Immediate Suspension Order.

34.     Don Henrique – Special Agent, FDA, will testify regarding his investigation of Superior Drugs, and related entities, including making undercover purchases of controlled substances and prescription drugs.

35.     Eric Hill – Diversion Investigator, DEA, will testify regarding his investigation of Union Family Pharmacy, Pharmacom, and related entities, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate

1   suspensions of DEA registrations, arrests and prosecutions of members of the Superior Drugs

2   organization.

3       36.   Thomas Hill – Diversion Investigator, DEA, will testify regarding his participation in the

4   investigation of Falks-Lignell Pharmacy, including inspections of the pharmacy and service of an

5   immediate suspension and order to show cause against the pharmacy's DEA registration.

6       37.   Tyson Hodges – Resident Agent in Charge, DEA, will testify regarding his investigation

7   of Pharmacom, Universal Pharmacy, and related entities, including making undercover purchases of

8   controlled substances and prescription drugs.

9       38.   Mark Iacangelo – Diversion Investigator, DEA, will testify regarding his participation in

10  the investigation of Brothers Pharmacy and related entities, including the making of undercover

11  purchases of controlled substances and prescription drugs.

12      39.   Beverly Ida – Contract Investigator, DEA, will testify regarding her participation in the

13  investigation of the defendants and the unindicted co-conspirators.

14      40.   Nancy Kennedy – Special Agent in Charge, Administrative Operations Division, FDA,

15  will testify regarding meetings and conversations with FedEx employees and others concerning illegal

16  Internet pharmacies.

17      41.   Josh Kohler – North Carolina Board of Pharmacy, will testify regarding his participation

18  in the investigations of Prescription Resources, Kwic Fill, and United Care Pharmacy, including

19  inspections of the pharmacies and service of immediate suspensions of the pharmacies' licenses.

20      42.   Maureen Kokeas – First Deputy Sheriff, New York City Sheriff's Office, will testify

21  regarding her investigation related to FedEx's distribution of cigarettes into the City and State of New

22  York.

23      43.   John Kushnir – Group Supervisor, DEA, will testify regarding his investigation into the

24  actions of Jami B.

25      44.   Gayle Lane – Diversion Investigator, DEA, will testify regarding her participation in the

26  investigation of Vincent Chhabra, including the making of undercover purchases of controlled

27  substances and prescription drugs.

28

45.     Susan Langston – Diversion Program Manager, DEA, will testify regarding her investigation of Treasure Coast Specialty Pharmacy, including the execution of search warrants, and service of Immediate Suspension Orders and Orders to Show Cause.

46.     Connie Leung – Special Agent, FDA, will testify regarding her participation in the investigation of the defendants and the unindicted co-conspirators.

47.     Dan McCormick – Diversion Investigator, DEA, will testify regarding his investigation of Brighton, Crown Point, and Sky Ridge Pharmacies, including the service of Immediate Suspension Orders and Orders to Show Cause.

48.     Gregory McGee – Diversion Investigator, DEA, will testify regarding his participation in the investigation of the Saran Internet drug trafficking organization, including the execution of search warrants.

49.     Michelle McGregor – Diversion Investigator, DEA, will testify regarding her investigation of Ninth Street Pharmacy, including the execution of search warrants.

50.     Gregg Mehling – Detective, Loraine County Sheriff's Office, will testify regarding the death of Holly M. in a car crash while under the influence of drugs and Holly M's ordering of drugs from Internet pharmacies.

51.     Wayne Michaels – former Unit Chief, International Drug Unit, DEA, will testify regarding meetings and conversations with FedEx employees and others concerning illegal Internet pharmacies.

52.     Jay Mortenson – Special Agent, DEA, will testify regarding his investigation of Kenwood Pharmacy, including the execution of search warrants.

53.     Matthew Murphy – Assistant Special Agent in Charge, DEA, will testify regarding meetings and conversations with FedEx employees and others concerning illegal Internet pharmacies.

54.     Dale Newkirk – Diversion Investigator, DEA, will testify regarding his participation in the investigation of the Saran Internet drug trafficking organization, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of

1   immediate suspensions of DEA registrations, arrests and prosecutions of members of the Saran

2   organization, as well as his communications with FedEx employees.

3        55.    Karl Nichols – Special Agent DEA, will testify regarding his participation in the

4   investigation of the defendants and the unindicted co-conspirators.

5        56.    Steve Niedelman – former Deputy Assistant Commissioner of Regulatory Affairs, FDA,

6   will testify regarding meetings and conversations with FedEx employees and others concerning illegal

7   Internet pharmacies.

8        57.    Lillian Olmo – Diversion Investigator, DEA, will testify regarding her investigation of

9   Accumed Rx, including the service of Orders to Show Cause.

10        58.    Patricia O'Malley – Diversion Investigator, DEA, will testify regarding her investigation

11   of Red Mesa Pharmacy, including the execution of search warrants.

12        **59.    Jennifer O'Toole – Iowa Board of Pharmacy, will testify regarding her inspection of**

13   **Superior Drugs and actions taken by the Iowa Board of Pharmacy concerning Superior.**

14        60.    Glen McElravey – Special Agent, FDA, will testify regarding his investigation of

15   Superior Drugs, and related entities, including making undercover purchases of controlled substances

16   and prescription drugs.

17        61.    Charles Pavelites – Special Agent FBI, will testify regarding his participation in the

18   investigation of Vincent Chhabra, including the making of undercover purchases of controlled

19   substances and prescription drugs, the execution of search warrants, service of immediate suspensions

20   DEA registrations, arrests and prosecutions of members of the Chhabra-Smoley organization.

21        62.    Angie Pickrel – Diversion Investigator, DEA, will testify regarding her investigation of

22   City View Pharmacy, including the service of Immediate Suspension Orders and Orders to Show Cause.

23        63.    Shane Pitts – Diversion Investigator, DEA, will testify regarding his investigation of

24   Aurora Community Pharmacy and Foothills Family Pharmacy, including the execution of

25   Administrative Inspection Warrants, service of Immediate Suspension Orders and Orders to Show

26   Cause.

27        64.    Julie Pohutsky – Special Agent, FDA, will testify regarding her participation in the

28

investigation of Vincent Chhabra, including the making of undercover purchases of controlled substances and prescription drugs, the execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Chhabra-Smoley organization.

65.     Ives Potrafka – Special Agent, Michigan State Police, will testify regarding his participation in the investigation of Vincent Chhabra, including the making of undercover purchases of controlled substances and prescription drugs.

66.     James Rawson – former Project Coordinator, Internet Clearinghouse, Federation of State Medical Boards of the United States, Inc., will testify regarding making undercover purchases of prescription drugs.

67.     Donna Richards – Diversion Investigator, DEA, will testify regarding her participation in the investigation of Vincent Chhabra, including the making of undercover purchases of controlled substances and prescription drugs, the execution of search warrants, and other investigative activities.

68.     Shimon Richmond – Diversion Investigator, DEA, will testify regarding his investigation of Waterview Pharmacy, Global Pharmacy, Union Pharmacy, and related entities, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Superior Drugs organization.

69.     Derek Roy – Special Agent, FDA, will testify regarding his participation in the investigation of the defendants and the unindicted co-conspirators.

70.     Brian Rucker – Diversion Investigator, DEA, will testify regarding his investigation of Universal Pharmacy Solutions, RxMedical, and related entities, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Superior Drugs organization.

71.     Dwight Saiki – Officer, Redwood City Police Department, will testify regarding his participation in the investigation of SafescriptsOnline, Superior Drugs, and related entities, including the making of undercover purchases of controlled substances and prescription drugs.

72.     Vicki Shaffer – Diversion Investigator, DEA, will testify regarding her investigation of Universal Pharmacy Solutions, RxMedical, and related entities, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Superior Drugs organization.

73.     Spencer Shelton  – Group Supervisor, DEA, will testify regarding his participation in the investigation of the Saran Internet drug trafficking organization, including the execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Saran organization, as well as his communications with FedEx employees.

74.     Ginger Schickedanz – Diversion Investigator, DEA, will testify regarding her investigation into the actions of Jami B.

75.     Kevin Skidmore – Diversion Investigator, DEA, will testify regarding his investigation of Roots Pharmaceuticals, including the service of Orders to Show Cause.

76.     Mike Smith – Sergeant, West Virginia State Police, will testify regarding issues experienced by West Virginia regarding Internet pharmacies and his interactions with Helmut Hagan and other FedEx employees concerning Internet pharmacies.

77.     Dan Soeffing – Special Agent, DEA, will testify regarding his investigation of Superior Drugs, and related entities, including making undercover purchases of controlled substances and prescription drugs.

78.     Richard Springer – Group Supervisor, DEA, will testify regarding his participation in the investigation of the Africk Drugs and related entities, including the execution of search warrants, service of immediate suspensions of DEA registrations, and arrests and prosecutions of members of the organization.

79.     Jason B. Stewart – Investigator, Arkansas Office of the Attorney General, will testify regarding his participation in the investigation of Vincent Chhabra, including the making of undercover purchases of controlled substances and prescription drugs.

80.     Ginger Stokes – Detective, Highland Park Police Department, will testify regarding the

overdose death of Jodi B. and her ordering of drugs from Internet pharmacies.

81.     Tim Stover  – Assistant Special Agent in Charge, DEA, will testify regarding his participation in the investigation of the Saran Internet drug trafficking organization, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Saran organization, as well as his communications with FedEx employees.

82.     Sean Sweeney – Special Agent, FDA, will testify regarding his investigation of Superior Drugs, and related entities, including making undercover purchases of controlled substances and prescription drugs.

83.     John Taylor – former Director of Office of Regulatory Affairs, Office of Enforcement, FDA, will testify regarding meetings and conversations with FedEx employees and others concerning illegal Internet pharmacies.

84.     Thom Thielman – Task Force Officer, DEA, will testify regarding his investigation of Superior Drugs, and related entities, including making undercover purchases of controlled substances and prescription drugs.

85.     Jason Thompson – Task Force Officer, DEA, will testify regarding his investigation of Internet pharmacies in Baton Rouge, Louisiana and his interactions with FedEx employees.

86.     Lynn Thompson – Kentucky Attorney General's Office, will testify regarding her participation in investigations of Internet pharmacies, problems experienced by Kentucky as a result of Internet pharmacy drug deliveries into the state, and her interactions with FedEx employees regarding Internet pharmacies.

87.     Charles Trant – former Associate Chief Counsel, DEA, will testify regarding meetings and conversations with FedEx employees and others concerning illegal Internet pharmacies.

88.     Tony Valerio – Special Agent, FDA, will testify regarding his investigation of Cyber Support, Rand Pharmacy, and related entities.

89.     Gary Venema – Special Agent, Florida Department of Law Enforcement, will testify regarding his investigation of Superior Drugs and other Internet and fulfillment pharmacies located in

Florida, as well as his communications with FedEx employees.

90.    Ira Wald – Diversion Investigator, DEA, will testify regarding his investigation of Ken's Drugs, including the service of Orders to Show Cause.

91.    George Webster – Special Agent, FBI, will testify regarding his participation in the investigation of Vincent Chhabra, , including the making of undercover purchases of controlled substances and prescription drugs, the execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Chhabra-Smoley organization.

92.    Robert West – Special Agent, FDA, will testify regarding his investigation of Superior Drugs, and related entities, including making undercover purchases of controlled substances and prescription drugs.

93.    David White, Special Agent, DEA, will testify regarding his participation in the investigation of Brothers Pharmacy, including the making of undercover purchases of controlled substances and prescription drugs.

94.    Aprile Whitesell – Diversion Investigator, DEA, will testify regarding her investigation of Kenwood Pharmacy including the execution of search warrants.

95.    Treva Whitfield – Special Agent, DEA, will testify regarding her investigation of RxMax and other members of the Superior Drugs organization, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Superior Drugs organization.

96.    Dianne Williams – Diversion Investigator, DEA, will testify regarding her investigation of RxMax, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Superior Drugs organization.

97.    Elizabeth Willis – former Section Chief, Office of Diversion Control, DEA, will testify regarding meetings and conversations with FedEx employees and others concerning illegal Internet pharmacies, as well as public statements she made regarding Internet pharmacies.

98.     Frank Younker – Group Supervisor, DEA, will testify regarding meetings and conversations with FedEx employees and others concerning illegal Internet pharmacies.

99.     Susan Zennan – Diversion Investigator, DEA, will testify regarding her investigation of IntegraRx and other members of the Superior Drugs organization, including making undercover purchases of controlled substances and prescription drugs, execution of search warrants, service of immediate suspensions of DEA registrations, arrests and prosecutions of members of the Superior Drugs organization.

 FedEx Employees

100.    Kimberly Abreu – will testify regarding her management of employees in the FedEx Sales organization, her participation in the development of policies and procedures at FedEx regarding Internet pharmacies, and her dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

101.    James Beatty – will testify regarding his employment in the FedEx Claims organization and his dealings with specific Internet pharmacies, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

102.    Kendell Black – will testify regarding his management of the FedEx Credit and Collections organization, his participation in the development of policies and procedures at FedEx regarding Internet pharmacies, and his dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

**103.    Cindy Blankenship – will testify regarding her employment in the FedEx Collections organization, her participation in the development and implementation of policies and procedures at FedEx regarding Internet pharmacies, and her dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of**

**the FedEx family of companies.**

104.    David Brown – will testify regarding his management of employees in the FedEx Sales organization, his participation in the development of policies and procedures at FedEx regarding Internet pharmacies, and his dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

105.    Robert Bryden – will testify regarding his employment as the Senior Vice President of Corporate Security for FedEx, his interactions with DEA, FDA and other federal and state law enforcement agencies as well as private actors, regarding Internet pharmacies, his testimony before Congress regarding Internet pharmacies, his participation in the development of policies and procedures at FedEx regarding Internet pharmacies, his dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

106.    Jemella Deraimo – will testify regarding her employment as a customer service representative for FedEx in Kentucky, her participation in the development of policies and procedures at FedEx regarding Internet pharmacies, her dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, her interactions with Kentucky law enforcement, problems experienced by FedEx couriers, customer service agents, and other employees as a result of FedEx's delivery of Internet pharmacy packages, deaths of FedEx package recipients from drugs overdoses, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

107.    Betty Hale – will testify regarding her management role in the FedEx Worldwide Revenue Operations organization, her participation in the development of policies and procedures at FedEx regarding Internet pharmacies, and her dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

108.    Heath Harlem – will testify regarding his employment in the FedEx Sales organization,

including his dealings with Internet pharmacy accounts such as RxLimited/Pharmacy Group, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.  Mr. Harlem will also testify regarding FedEx's shipment of cigarettes to consumers.

109.    William Henrickson – will testify regarding his employment as the Vice President of Security for FedEx Express, his interactions with DEA, FDA, and other federal and state law enforcement agencies as well as private actors, regarding Internet pharmacies, his participation in the development of policies and procedures at FedEx regarding Internet pharmacies, his dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

110.    Keith Johnstone – will testify regarding his employment as a security specialist for FedEx in Florida, his participation in the implementation of policies and procedures at FedEx regarding Internet pharmacies, his dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, his interactions with Northwest Research regarding Internet pharmacies, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

111.    Melissa Jones – will testify regarding her employment as a Program Management Advisor to Bruce Townsend and paralegal within FedEx's Regulatory Affairs department.  Jones will testify regarding FedEx's policies and procedures for the shipment of alcohol, her actions as assistant to Mr. Townsend, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

112.    Leisa Kentner – will testify regarding her employment in the FedEx Overgoods organization and her dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

113.    Larry Lawrence – will testify regarding his employment in the FedEx Sales organization, his dealings with specific Internet pharmacies, including but not limited to, those belonging to the

Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

114.    Carol Lucchesi – will testify regarding her employment in the FedEx CSAC group, her handling of special projects and investigations related to Internet pharmacies, and her dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

115.    Bernard Marino – will testify regarding his employment in the FedEx Sales organization, his dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

116.    Kirk Morgan – will testify regarding his employment as a security specialist for FedEx in Kentucky, his participation in the development of policies and procedures at FedEx regarding Internet pharmacies, his dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, his interactions with Kentucky law enforcement, problems experienced by FedEx couriers, customer service agents, and other employees as a result of FedEx's delivery of Internet pharmacy packages, deaths of FedEx package recipients from drugs overdoses, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

117.    Dan Mullally – will testify regarding his management of employees in the FedEx Sales organization, his participation in the development of policies and procedures at FedEx regarding Internet pharmacies, and his dealings with specific Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization, policies, procedures, and practices of the FedEx family of companies.

118.    Steve Pittman – will testify regarding his employment as a security specialist and manager for FedEx in Florida, his participation in the development of policies and procedures at FedEx regarding Internet pharmacies, his dealings with specific Internet pharmacies, including but not limited

1   to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, his interactions with

2   Northwest Research regarding Internet pharmacies, as well as the general structure, organization,

3   policies, procedures, and practices of the FedEx family of companies.

4   119.   Reggie Rankins – will testify regarding his employment in the FedEx Sales organization,

5   his dealings with specific Internet pharmacies, including but not limited to, those belonging to the

6   Chhabra-Smoley and Superior Drugs organizations, as well as the general structure, organization,

7   policies, procedures, and practices of the FedEx family of companies.

8   120.   Herman Robertson – will testify regarding his management of employees in the FedEx

9   Sales organization, his participation in the development of policies and procedures at FedEx regarding

10  Internet pharmacies, and his dealings with specific Internet pharmacies, including but not limited to,

11  those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general

12  structure, organization, policies, procedures, and practices of the FedEx family of companies.

13  121.   David Russell – will testify regarding his management of employees in the FedEx Sales

14  organization, his participation in the development of policies and procedures at FedEx regarding Internet

15  pharmacies, and his dealings with specific Internet pharmacies, including but not limited to, those

16  belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general structure,

17  organization, policies, procedures, and practices of the FedEx family of companies.

18  122.   Mary Shelfer – will testify regarding her management of employees in the FedEx Sales

19  organization, her participation in the development of policies and procedures at FedEx regarding

20  Internet pharmacies, and her dealings with specific Internet pharmacies, including but not limited to,

21  those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general

22  structure, organization, policies, procedures, and practices of the FedEx family of companies.

23  123.   Karl Stingily – will testify regarding his management of employees in the FedEx

24  Worldwide Revenue Operations organization, his participation in the development of policies and

25  procedures at FedEx regarding Internet pharmacies, and his dealings with specific Internet pharmacies,

26  including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations,

27  as well as the general structure, organization, policies, procedures, and practices of the FedEx family of

28

1    companies.

2         124.    Bruce Townsend – will testify regarding his employment as the Senior Vice President of

3    Corporate Security for FedEx, his interactions with DEA, FDA and other federal and state law

4    enforcement agencies as well as private actors, regarding Internet pharmacies, his testimony before

5    Congress regarding Internet pharmacies, his participation in the development of policies and procedures

6    at FedEx regarding Internet pharmacies, his dealings with specific Internet pharmacies, including but not

7    limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the

8    general structure, organization, policies, procedures, and practices of the FedEx family of companies.

9         125.    Bonnie Wagner – will testify regarding her employment with the FedEx Credit and

10   Collections organization, her participation in the development of policies and procedures at FedEx

11   regarding Internet pharmacies, and her dealings with specific Internet pharmacies, including but not

12   limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the

13   general structure, organization, policies, procedures, and practices of the FedEx family of companies.

14        126.    Steven Wallace – will testify regarding his employment with the FedEx Credit and

15   Collections organization, his participation in the development of policies and procedures at FedEx

16   regarding Internet pharmacies, and his dealings with specific Internet pharmacies, including but not

17   limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the

18   general structure, organization, policies, procedures, and practices of the FedEx family of companies.

19        127.    David Waycaster – will testify regarding his employment with the FedEx Credit and

20   Collections organization, his participation in the development of policies and procedures at FedEx

21   regarding Internet pharmacies, and his dealings with specific Internet pharmacies, including but not

22   limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the

23   general structure, organization, policies, procedures, and practices of the FedEx family of companies.

24        128.    Faith Wilson – will testify regarding her management of employees in the FedEx Sales

25   organization, her participation in the development of policies and procedures at FedEx regarding

26   Internet pharmacies, and her dealings with specific Internet pharmacies, including but not limited to,

27   those belonging to the Chhabra-Smoley and Superior Drugs organizations, as well as the general

28

1  structure, organization, policies, procedures, and practices of the FedEx family of companies.

2  Other

3  129.   Onochie Aghaegbuna – will testify regarding his approval of drug orders for numerous

4  Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior

5  Drugs organizations.

6  130.   Ranvir Ahlawat – will testify regarding his approval of drug orders for numerous Internet

7  pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs

8  organizations.

9  131.   **Suzanne** A. – will testify regarding her purchase of controlled substances and

10  prescription drugs from Internet and Fulfillment pharmacies, including but not limited to, those

11  belonging to the Chhabra-Smoley and Superior Drugs organizations.

12  132.   William Appleyard – will testify regarding the Affpower Internet pharmacy, including

13  the Affpower pharmacy database.

14  133.   Joyce A. – will testify regarding her purchase of controlled substances and prescription

15  drugs from Internet and Fulfillment pharmacies, including but not limited to, those belonging to the

16  Chhabra-Smoley and Superior Drugs organizations.

17  134.   Kellie A. – will testify regarding her purchase of controlled substances and prescription

18  drugs from Internet and Fulfillment pharmacies, including but not limited to, those belonging to the

19  Chhabra-Smoley and Superior Drugs organizations.

20  135.   Angela B. – will testify regarding her purchase of controlled substances and prescription

21  drugs from Internet and Fulfillment pharmacies, including but not limited to, those belonging to the

22  Chhabra-Smoley and Superior Drugs organizations.

23  136.   Marchelle B. – will testify regarding her purchase of controlled substances and

24  prescription drugs from Internet and Fulfillment pharmacies, including but not limited to, those

25  belonging to the Chhabra-Smoley and Superior Drugs organizations.

26  137.   Jami B. – will testify regarding her drug addiction and interaction with FedEx employees

27  regarding their delivery on Internet pharmacy packages.

28

138.    Robert B. – will testify regarding his son's  purchase of controlled substances and prescription drugs from Internet and Fulfillment pharmacies and his son's death.

139.    Dashlene B. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

140.    Craig Chambers – will testify regarding the defendants' delivery of drugs from Internet pharmacies to his minor son and his suit against the defendants.

141.    Gerald C. will testify regarding the death of his wife and her ordering of drugs from Internet pharmacies.

142.    Louis Cohen – will testify regarding his business relationship with Vincent Chhabra and Robert Smoley, among others, his running of Internet and fulfillment pharmacies, his use of FedEx services to ship Internet pharmacy drugs and interaction with FedEx employees, as well as the pharmacies' general operations and business relationships.

143.    Claude Covino – will testify regarding his business relationship with Wayne White, among others, his running of Internet and fulfillment pharmacies, including but not limited to Lakeridge Pharmacy, Medical Foundations, SaveOnRx, and others, his use of FedEx services to ship Internet pharmacy drugs and interaction with FedEx employees, as well as the pharmacies' general operations and business relationships.

144.    Susan Foster – will testify regarding meetings and conversations with FedEx employees and others concerning illegal Internet pharmacies.

145.    Dr. Hassan Gaafar – will testify regarding his approval of drug orders for Internet pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations, and the theft of his identity.

146.    Juan Gallinal – will testify regarding his business relationship with Vincent Chhabra, his running of his own Internet and fulfillment pharmacies, including Prescription Resources, I-Net Management, Frontier Pharmacy, A-1 Pharmacy, and others.  Gallinal will also testify regarding his use of FedEx services to ship drugs for his Internet and fulfillment pharmacies, as well as the pharmacies'

general operations and business relationships.

147.    Ruth G. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

148.    Betsy G. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

149.    Marcy H. will testify regarding the overdose death of her sister Catherine H. and her sister's ordering of drugs from Internet pharmacies.

150.    Randy H. will testify regarding his son's drug abuse and overdose and his son's ordering of drugs from Internet pharmacies.

151.    Donald H. – will testify regarding his purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

152.    Julie Jackson – Northwest Research – will testify regarding Northwest Research's relationship with FedEx, her general job functions, her interaction with FedEx employees, and her performance of duties with respect to Internet pharmacy packages, including but not limited to the "red flag" pharmaceutical project.

153.    Sara J. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

154.    Leela J. will testify regarding her drug addiction and ordering of drugs from Internet pharmacies.

155.    Amy M. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

156.    Geylek M. – will testify regarding her purchase of controlled substances and prescription

1   drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the

2   Chhabra-Smoley and Superior Drugs organizations.

3        157.     Kristy M. – will testify regarding her drug addiction and  interaction with FedEx

4   employees regarding their delivery of Internet pharmacy packages.

5        158.     Carol M. – will testify regarding her purchase of controlled substances and prescription

6   drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the

7   Chhabra-Smoley and Superior Drugs organizations.

8        159.     Dr. Linda Norrell – will testify regarding the delivery of drugs from Kwic Fill to one of

9   her patients.

10        160.     Margaret O. – will testify regarding her purchase of controlled substances and

11   prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those

12   belonging to the Chhabra-Smoley and Superior Drugs organizations.

13        161.     Christine P. – will testify regarding her drug addiction and overdose and her ordering of

14   drugs from Internet pharmacies.

15        162.     Melissa Perkins – will testify regarding her business relationship with Vincent Chhabra

16   and Robert Smoley, including her roles in USA Prescription/Rx Network and United Mail Pharmacy

17   Services/Icom.  Perkins will testify regarding the use of FedEx services to ship drugs for these Internet

18   and fulfillment pharmacies, as well as regarding the pharmacies' general operations and business

19   relationships.

20        163.     Michael Pricer – will testify regarding the Affpower Internet pharmacy, including the

21   Affpower pharmacy database.

22        164.     Claudia R. – will testify regarding her purchase of controlled substances and prescription

23   drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the

24   Chhabra-Smoley and Superior Drugs organizations.

25        165.     Stuart Randlett – will testify regarding the death of his wife and her ordering of drugs

26   from Internet pharmacies.

27        166.     Diana R. – will testify regarding her ordering of drugs from Internet pharmacies, her

28

addiction and overdose.

167.   Denise S. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

168.   Andrew S. – will testify regarding his purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

169.   Craig S. – will testify regarding his ordering of drugs from Internet pharmacies, his addiction and overdose.

170.   Geraldine S. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

171.   Mary S. – will testify regarding her ordering of drugs from Internet pharmacies and her drug addiction.

172.   Yasmin S. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

173.   Kevin S. – will testify regarding his purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

174.   Troy Sobert – will testify regarding the eScripts Internet pharmacy, including its relationship to the Superior Drugs organization.

175.   Catherine S. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

176.   Tova S. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the

Chhabra-Smoley and Superior Drugs organizations.

177.    Shirley S. – will testify regarding the addiction, overdose and death of her son and his ordering of drugs from Internet pharmacies.

178.    Greg S. – will testify regarding his purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

179.    Saraha S. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

180.    Travis T. – will testify regarding his own addiction to drugs and ordering drugs from Internet pharmacies as well as the addiction, overdose and death of his father and his father's ordering of Internet pharmacy drugs.

181.    Kelly Volpe – will testify regarding her addiction to drugs, ordering of drugs from Internet pharmacies and causing the death of her daughter while driving under the influence of Internet pharmacy drugs.

182.    Bryan W. – will testify regarding his purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

183.    Carol W. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

184.    James W. – will testify regarding his purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

185.    Wayne White – will testify regarding his ownership and management of Superior Drugs and his filling of controlled substance and prescription drug orders for numerous Internet pharmacies. White will further testify regarding his performance of duties as the primary pharmacist at Superior

Drugs, as well as his use of FedEx services to ship drugs for his Internet and fulfillment pharmacies and his relationship with FedEx personnel, along with Superior's general operations and business relationships.

186.    Chrystal W. – will testify regarding the addiction, overdose, and death of her husband and his ordering of drugs from Internet pharmacies.

187.    Jennifer Y. – will testify regarding her purchase of controlled substances and prescription drugs from Internet and Fulfillment Pharmacies, including but not limited to, those belonging to the Chhabra-Smoley and Superior Drugs organizations.

**Expert Witnesses**

1.    Brandon Bridgers – Special Agent, DEA, will testify consistent with the expert report disclosed to the defense.

2.    Marc Gonzalez – Pharm.D.**,** will testify consistent with the expert report disclosed to the defense.

3.    Dr. Elinor McCance-Katz – M.D., PhD, will testify consistent with the expert report disclosed to the defense.

4.    Arthur Simone – Medical Officer, Center for Drug Evaluation and Research, FDA, will testify consistent with the expert report disclosed to the defense.

5.    Paul Adams – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

6.    Melanie **(Allen) Parsons** – Lead Analyst, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

7.    Sara Andria – Lead Analyst, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

8.    JaCinta Batson – Lead Analyst, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

9.    Krista Bernadt – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

10.   Tina Chang – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

11.   John S. Chappell – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

12.   Laura Ciolino – Team Leader, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

13.   David **Crockett** – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

14.   David Creelman – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

15.   John Crowe – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

16.   Michelle Curry – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

17.   Nicole Edwards – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

18.   Chisanne Eleftheriou – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

19.   Roger Ely – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

20.   Rick Fluerer – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

21.   Cheryl Flurer – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

1    22.    Dan Fortman – Chemist, FDA Forensic Chemistry Center, will testify regarding the

2    analysis of the drugs at issue in this case.

3    23.    Carrie Gallagher – Chemist, DEA, will testify regarding the analysis of the drugs at issue

4    in this case.

5    24.    Bryan Gamble – Chemist, FDA Forensic Chemistry Center, will testify regarding the

6    analysis of the drugs at issue in this case.

7    25.    Mary Gay – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this

8    case.

9    26.    Natalia Gill – Chemist, DEA, will testify regarding the analysis of the drugs at issue in

10   this case.

11   27.    Samuel Gratz – Chemist, FDA Forensic Chemistry Center, will testify regarding the

12   analysis of the drugs at issue in this case.

13   28.    Brian Hall – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this

14   case.

15   29.    Kiana Hamlett – Chemist, DEA, will testify regarding the analysis of the drugs at issue in

16   this case.

17   30.    Merrie Jackson – Chemist, FDA Forensic Chemistry Center, will testify regarding the

18   analysis of the drugs at issue in this case.

19   31.    Mary Jones – Chemist, FDA Forensic Chemistry Center, will testify regarding the

20   analysis of the drugs at issue in this case.

21   32.    Babita Joseph – Chemist, DEA, will testify regarding the analysis of the drugs at issue in

22   this case.

23   33.    **Anissa** Caroline Kelley – Chemist, FDA Forensic Chemistry Center, will testify

24   regarding the analysis of the drugs at issue in this case.

25   34.    **Lora Ann** Lin – Team Leader, FDA Forensic Chemistry Center, will testify regarding

26   the analysis of the drugs at issue in this case.

27

28

35. Jonathan Litzau – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

36. Jill **(Loeliger) Raezer** – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

37. Mark McDonald – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

38. Mandy McGehee – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

39. Mantai Mesmer – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

40. Heather Miller – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

41. Angie Mohrhaus – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

42. Kevin Mulligan – Team Leader, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

43. Minh Nguyen – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

44. Elisa Nickum – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

45. Matthew Rainsberg – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

46. Nicola Ranieri – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

47. Tracy Ranieri – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

48.     Duane Satzger – Director, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

49.     **Gerald** Schneider – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

50.     Kenneth Scholz – Chemist, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

51.     Luke Skifich – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

52.     Sherri Tupik – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

53.     Cornell Wilson, Jr. – Chemist, DEA, will testify regarding the analysis of the drugs at issue in this case.

54.     Karen Wolnik – Director, Inorganic Laboratory Branch, FDA Forensic Chemistry Center, will testify regarding the analysis of the drugs at issue in this case.

55.     David Barnes, Jr. – Forensic Examiner, DEA, will testify regarding the forensic analysis of computers and other electronic media.

56.     Robert Blenkinsop – Forensic Examiner, FDA, will testify regarding the forensic analysis of computers and other electronic media.

57.     Josh Carpenter – Forensic Examiner, DEA, will testify regarding the forensic analysis of computers and other electronic media.

58.     Tom Creachen – Forensic Examiner, DEA, will testify regarding the forensic analysis of computers and other electronic media.

59.     David Diffenbach – Forensic Examiner, DEA, will testify regarding the forensic analysis of computers and other electronic media.

60.     Ann Frost – Forensic Examiner, DEA, will testify regarding the forensic analysis of computers and other electronic media.

1   61.     William Frostick – Forensic Examiner, DEA, will testify regarding the forensic analysis

2   of computers and other electronic media.

3   62.     Diane Harris – Forensic Examiner, DEA, will testify regarding the forensic analysis of

4   computers and other electronic media.

5   63.     Candace Isaac – Forensic Examiner, DEA, will testify regarding the forensic analysis of

6   computers and other electronic media.

7   64.     Marnie Klein – Forensic Examiner, DEA, will testify regarding the forensic analysis of

8   computers and other electronic media.

9   65.     Cheryl Knecht – Forensic Examiner, DEA, will testify regarding the forensic analysis of

10  computers and other electronic media.

11  66.     Peter Kuehl – Forensic Examiner, DEA, will testify regarding the forensic analysis of

12  computers and other electronic media.

13  67.     Charles Leopard – Forensic Examiner, DEA, will testify regarding the forensic analysis

14  of computers and other electronic media.

15  68.     William Maxberry – Forensic Examiner, **FBI**, will testify regarding the forensic analysis

16  of computers and other electronic media.

17  69.     Jill Mossman – Forensic Examiner, DEA, will testify regarding the forensic analysis of

18  computers and other electronic media.

19  70.     Brian Nunamaker – Forensic Examiner, DEA, will testify regarding the forensic analysis

20  of computers and other electronic media.

21  71.     John O'Neill – Forensic Examiner, DEA, will testify regarding the forensic analysis of

22  computers and other electronic media.

23  72.     Andrea Price-Lace – Forensic Examiner, **FBI**, will testify regarding the forensic analysis

24  of computers and other electronic media.

25  73.     Willie Rondon – Forensic Examiner, DEA, will testify regarding the forensic analysis of

26  computers and other electronic media.

27

28

74.     Raymond Gannon – Forensic Examiner, DEA, will testify regarding the forensic analysis of computers and other electronic media.

75.     David White – Forensic Examiner, DEA, will testify regarding the forensic analysis of computers and other electronic media.

76.     Rhonda Woods – Forensic Examiner, DEA, will testify regarding the forensic analysis of computers and other electronic media.

77.     Gene Zumwalt – Forensic Examiner, DEA, will testify regarding the forensic analysis of computers and other electronic media.

**Document Custodians and Chain of Custody**

The United States hereby provides notice that it will seek to introduce several documents pursuant to Federal Rule of Evidence 902 as certified copies of public records and records maintained in the course of regularly conducted activity.  The United States will provide a specific list of such documents to the defense in advance of trial.  The United States will endeavor to reach stipulations with defense counsel that will avoid the need to call custodians of record and persons in the chain of custody to introduce pertinent documents and evidence.  However, if such stipulations cannot be reached, document custodians and persons in the chains of custody will be called as witnesses.

DATED: May 12, 2016                                              Respectfully Submitted:

                                                                 DAVID R. CALLAWAY
                                                                 Attorney for the United States
                                                                 Acting Under Authority Conferred by 28
                                                                 U.S.C. § 515


                                                                          /s
                                                                 _____
                                                                 KIRSTIN M. AULT
                                                                 JOHN H. HEMANN
                                                                 Assistant United States Attorneys

                                                                 JENNY C. ELLICKSON
                                                                 Trial Attorney