```
                                          Volume 4

                                          Pages 531 - 537

                  UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Charles R. Breyer, Judge

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )
  VS.                         )    NO. CR 14-00380-CRB
                              )
FEDEX CORPORATION, et al.,    )
                              )
          Defendants,         )
_____)

                              San Francisco, California
                              Friday, June 17, 2016
```

**TRANSCRIPT OF TRIAL PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:
                    **ALEX G. TSE**
                    United States Attorney
                    Acting Under Authority Conferred by
                    28 U.S.C. Section 515
                    450 Golden Gate Avenue
                    San Francisco, California  94102
                **BY: KIRSTIN AULT**
                    **JOHN HEMANN**
                    **JENNY ELLICKSON**
                    **ASSISTANT UNITED STATES ATTORNEYS**



        (APPEARANCES CONTINUED ON FOLLOWING PAGE)



REPORTED BY:  Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporter

```
 1   APPEARANCES:   (CONTINUED)

 2
     For Defendants:
 3                           ARGUEDAS, CASSMAN & HEADLEY, LLP
                             803 Hearst Avenue
 4                           Berkeley, CA   94710
                        BY:  CRISTINA C. ARGUEDAS, ATTORNEY AT LAW
 5                           TED W. CASSMAN, ATTORNEY AT LAW
                             RAPHAEL M. GOLDMAN, ATTORNEY AT LAW
 6

 7                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
                               LLP
 8                           525 University Avenue
                             Palo Alto, CA   94301
 9                      BY:  ALLEN RUBY, ATTORNEY AT LAW

10                           FEDEX EXPRESS LITIGATION
                             3620 Hacks Cross Road
11                           Memphis, TN   38125
                        BY:  PETER D. BLUMBERG, ATTORNEY AT LAW
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | **Friday - June 17, 2016**                                        **1:00 p.m.** |
| 2 | **P R O C E E D I N G S** |
| 3 | ---oOo--- |
| 4 | **THE CLERK:** Calling case CR 14-0380, the United States |
| 5 | of America versus FedEx Corporation, Federal Express |
| 6 | Corporation, and FedEx Corporate Services. |
| 7 | Appearances, Counsel. |
| 8 | **MR. HEMANN:** Good afternoon, Your Honor. John Hemann, |
| 9 | Kirstin Ault, and Jenny Ellickson for the United States. |
| 10 | **THE COURT:** Good afternoon. |
| 11 | **MS. ARGUEDAS:** Cris Arguedas, Ted Cassman, and Raphe |
| 12 | Goldman on behalf of FedEx. Connie Lewis Lensing is here for |
| 13 | FedEx as senior vice president. |
| 14 | **MR. RUBY:** Good afternoon, Your Honor. Allen Ruby for |
| 15 | defendant. |
| 16 | **THE COURT:** Good afternoon. |
| 17 | **MR. BLUMBERG:** Good afternoon, Your Honor. Peter |
| 18 | Blumberg for the defendant. |
| 19 | **THE COURT:** Good afternoon. |
| 20 | **MR. HEMANN:** Your Honor, I have a brief housekeeping |
| 21 | matter. First, the record should reflect that the Acting |
| 22 | United States Attorney for this case is Alex Tse. Mr. Callaway |
| 23 | has recused. |
| 24 | **THE COURT:** All right. Thank you. |
| 25 | **MR. HEMANN:** Your Honor, the United States has |

reviewed the evidence and now moves to dismiss.  My office would like very much to thank Ms. Arguedas, Mr. Ruby, Mr. Cassman, Mr. Goldman, Mr. Blumberg, and Ms. Lewis Lensing for their professionalism leading up to this decision.

**THE COURT:**  Thank you.

Ms. Arguedas?

**MS. ARGUEDAS:**  Yes, Your Honor.  We very much appreciate this recent review by the Government and thank the Government for undertaking it, particularly at this stage of the case.  It has been a long eight years for my client, and we welcome the decision.

We've also prepared an order for Your Honor, which Mr. Hemann has reviewed.

**THE COURT:**  So this is pursuant to Rule 48(a), I think, is the dismissal action --

**MR. HEMANN:**  Yes, Your Honor, it is.

**THE COURT:**  -- and it needs the consent of the Defense.

**MS. ARGUEDAS:**  Yes.

**THE COURT:**  I take it that I have the Defense consent.

So I would like to make some comments if I might.

As the trier of fact in this case, I would like to make several observations.  First, the evidentiary presentation is far from complete; however, based upon my knowledge of the issues raised in two previous trials resulting in convictions

1  of physicians, pharmacists, creators of Internet pharmacies,
2  and owners of fulfillment pharmacies, I'm quite familiar with
3  this industry.
4      I would also add that I am deeply concerned with the
5  tragic consequences caused by the sale of controlled substances
6  to individuals, including children, who have not had an
7  in-person and direct consultation with a licensed physician.
8      It is my hope that the convictions in previous cases and
9  imprisonment of those participants has discouraged others from
10 engaging in this process.
11     The prosecution of FedEx, however, is entirely different.
12 The Court has been asked to determine whether the defendant
13 should be held criminally liable as a co-conspirator.  As a
14 result of the detailed opening statements by both the
15 Government and Defense and accepting the factual assertions as
16 uncontested, the Court concludes that the defendants are
17 factually innocent.  They did not have criminal intent.
18     To the contrary, they offered to and did cooperate with
19 the Government during the course of its investigation.  As
20 FedEx said to the DEA from the inception of this alleged
21 conspiracy and repeated over time, "Simply identify a
22 particular customer who is shipping illegal substances, and we
23 will not pick up or deliver his packages."  DEA was either
24 unwilling or incapable of providing that information to FedEx.
25 Rather, the Government decided to bring this novel prosecution.

1    While the Court is critical of the decision to prosecute,
2 it wishes to commend Government counsel, especially John
3 Hemann, who was not part of the original decision to prosecute
4 and who now seeks dismissal of these charges.
5    The dismissal is an act, in the Court's view, entirely
6 consistent with the Government's overarching obligation to seek
7 justice even at the expense of some embarrassment.
8    I also wish to acknowledge the professionalism and
9 exceptional competence of Ms. Arguedas, Mr. Ruby, the entire
10 Defense team; and I want to specially commend the manner in
11 which all parties in this case presented their views.  It was
12 competent.  It was professional.  It made the Court's task much
13 easier because it focused on the issues that were really
14 germane, and that can only be achieved when attorneys step back
15 from the fray and analyze the issues and address the issues as
16 they have done in this case.  It was exceptional.  I've never
17 had an experience like this in 20 years, and I deeply
18 appreciate the efforts made by the Government and Defense
19 counsel to bring that about.
20    I've nothing further to say.  I'm signing the dismissal.
21 I'm going to take the summer off.
22                          (Laughter)
23        **THE COURT:**  I advise you to do the same thing.
24        **MS. ARGUEDAS:**  Thank you, Your Honor.
25        **THE COURT:**  Thank you very much.

1       **MS. ARGUEDAS:**  And it's been quite an honor to be in
2  your court.
3       **THE COURT:**  Thank you.
4       **MR. HEMANN:**  Thank you very much, Your Honor.
5       **THE CLERK:**  All exhibits to be returned?
6       **THE COURT:**  All exhibits to be returned to the
7  providing party.
8       Oh, here.  I need to sign these too.
9                    (Pause in proceedings.)
10                 (Proceedings adjourned at 1:08 p.m.)
11                            ---oOo---
12
13
14                    **CERTIFICATE OF REPORTER**
15       I certify that the foregoing is a correct transcript
16  from the record of proceedings in the above-entitled matter.
17
18  DATE:  Friday, June 17, 2016
19
20
21
22  _____
23       Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
                     U.S. Court Reporter
24
25